[No. 1230-2.    Division Two.    April 18, 1975.]

ACTIVE CONSTRUCTION, INC., *Appellant*, v. FIORITO BROTHERS, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 218727, Hardyn B. Soule, J., entered October 1, 1973. *Reversed* by unpublished opinion per Petrie, J., concurred in by Armstrong, C.J., and Johnson, J. Pro Tem.

[No. 866-3.    Division Three.    April 18, 1975.]

DONALD E. MURRAY, *Appellant*, v. BOARD OF DIRECTORS OF SCHOOL DISTRICT No. 115, *Respondent*.

Appeal from a judgment of the Superior Court for Stevens County, No. 18336, Richard J. Ennis, J., entered April 19, 1973. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.

[No. 1224-3.    Division Three.    April 22, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. MACARIO B. SANCHEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 3066, Albert Yencopal, J., entered March 22, 1974. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.

[No. 1111-3.    Division Three.    April 23, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. ROY RENTIE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 20891, William J. Grant, J., entered February 7, 1974. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.